# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00803-CV

**Carlos Tello, Appellant**

**v.**

**Office of the Attorney General, Child-Support Division, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-AG-21-000470, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Carlos Tello has filed a motion challenging the trial court's order, signed on December 9, 2023, sustaining the Office of the Attorney General's contest to his statement of inability to afford payment of court costs. *See* Tex. R. Civ. P. 145(g)(1). Having reviewed the motion and the record, we cannot conclude that the trial court's order constitutes an abuse of discretion.[1] *See Basaldua v. Hadden*, 298 S.W.3d 238, 241 (Tex. App.—San Antonio 2009, no pet.) (reviewing trial court's order sustaining contest to indigency under abuse-of-discretion standard); *see also Bui v. Beck & Co. Real Estate Servs., Inc.*, No. 03-16-00882-CV,

---

[1] Tello previously sought review of the trial court's oral ruling on the challenge to his statement of inability to pay court costs. *Tello v. Office of the Attorney Gen.*, No. 03-22-00668-CV, 2022 Tex. App. LEXIS 8990, at *1 (Tex. App.—Austin Dec. 8, 2022, no pet.) (mem. op.). We concluded that we could not review the merits of the trial court's decision in the absence of a signed order in compliance with Rule 145, subsection (f), and at that time, no such order had been signed. *Id.* at *2. As a result, we dismissed the cause for want of jurisdiction. *Id.* After the trial court signed an order in compliance with subsection (f), Tello filed this new action.

2017 Tex. App. LEXIS 476, at *1 (Tex. App.—Austin Jan. 19, 2017, no pet.) (mem. op.) (per curiam) (same).  Accordingly, we deny Tello's motion.  *See* Tex. R. Civ. P. 145(g)(4).

Before Justices Baker, Smith, and Jones[*]

Filed:   March 31, 2023

---

[*]Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment.  *See* Tex. Gov't Code § 74.003(b).